IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JOSEPH H. RONQUILLO,<br><br>                 Defendant. | **4:13CR3104**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Defendant's unopposed Motion to Continue Trial, (Filing No. 22). Defense counsel was appointed on September 20, 2013. Trial is scheduled for October 28, 2013. To date, defense counsel has not provided an affidavit or declaration from the defendant as required by NECrimR 12.1 or provided the court any other indication he has spoken personally with the defendant regarding the proposed continuance, or that the defendant approves of the continuance and excluding the time under the Speedy Trial Act.

Under such circumstances,

IT IS ORDERED that Defendant's Motion to Continue Trial, (Filing No. 22), is denied.

Dated this 2nd day of October, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge