IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH H. RONQUILLO,<br><br>    Defendant. | 4:13-CR-3104<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 61. On June 11, 2014, the Court entered a Preliminary Order of Forfeiture (filing 49) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. § 841(a)(1) & (b)(1), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in $3,536.25 in United States currency.

  As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 13, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 60) was filed on October 6, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

  IT IS ORDERED:

  1. The plaintiff's Motion for Final Order of Forfeiture (filing 61) is granted.

  2. All right, title, and interest in and to the $3,536.25 in United States currency, held by any person or entity, are hereby forever barred and foreclosed.

  3. The above property is forfeited to the plaintiff.

  4. The plaintiff is directed to dispose of the property described above in accordance with law.

- 2 -

Dated this 8th day of October, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge